Opinion issued February 28, 2008











In The

Court of Appeals

For The

First District of Texas



____________


NO. 01-07-00213-CR

____________


MARTIN LEE GARZA, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 10th Judicial District Court

Galveston County, Texas

Trial Court Cause No. 05CR2295 






MEMORANDUM OPINION

 Appellant, Martin Lee Garza, has filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).